

March 19, 2009

The Honorable Bernard Zimmerman
United States District Court
450 Golden Gate Ave., 15th Floor
Courtroom G
San Francisco, CA 94102

Attention:  Rose

      Re:    Resilient Floor Covering Pension Fund v. M&M Installation, Inc.
             USDC Case No. C08-05561 BZ

Dear Rose:

    Pursuant to Rule 16-10 of the Civil Local Rules of the United States District Court for the Northern District of California, Defendants and Counter-Claimants, M&M Installation and Simas Floor Covering, by and through their counsel of record, Stephen Thomas Davenport, Jr., request to participate by telephone in the case management conference of the above-entitled matter currently scheduled for March 23, 2009 at 4:00 p.m.  Thank you.

                             Very truly yours,

                             DAVENPORT GERSTNER & McCLURE


                             Stephen Thomas Davenport, Jr.

STD:ag

cc:  Katherine McDonough

**Counsel shall contact CourtCall,
telephonic court appearances at
1-888-882-6878, and make arrangements
for the telephonic conference call.
Dated: 3/20/2009**



1990 NORTH CALIFORNIA BOULEVARD, SUITE 650 · WALNUT CREEK, CALIFORNIA 94596
TELEPHONE (925) 279-3430 · FAX (925) 932-1961
WWW.LABORCOUNSEL.COM