UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESILIENT FLOOR COVERING PENSION FUND, et al., <br> Plaintiff(s), <br> v. <br> M&M INSTALLATION, INC., et al, <br> Defendant(s). | No. C08-5561 BZ <br><br> **ORDER MODIFYING PRETRIAL SCHEDULING ORDER** |

Pursuant to the parties' joint request for a continuation of certain pre-trial dates, the pretrial scheduling order is modified as follows:

1. Plaintiffs' motion shall be filed by **June 24, 2009**;

2. Defendants' opposition and cross-motion shall be filed by **July 7, 2009**;

3. Plaintiffs' reply and opposition shall be filed by **July 20, 2009**;

4. Defendants' reply shall be filed by **July 31, 2009**.

Dated: June 15, 2009

　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-BZCASES\RESILIENT FLOOR COVERING PENSION\ORDER CONTINUING PRETRIAL DATES.wpd

1