UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESILIENT FLOOR COVERING PENSION FUND, et al.,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>M&M INSTALLATION, INC., et al,<br><br>　　　　Defendant(s). | No. C08-5561 BZ<br><br>**FINAL JUDGMENT** |

The Court having entered an Order Granting Summary Judgment on August 18, 2009, **IT IS ORDERED** and **ADJUDGED**:

　　1.　That for the purpose of collecting withdrawal liability assessed against defendant M & M Installation, Inc. ("M & M"), defendant Simas Floor Co., Inc. ("Simas Floor") and M & M are alter egos, and Simas Floor is responsible for continuing to make the remaining withdrawal liability payments assessed against M & M.

　　2.　That Simas Floor is not in default under 29 U.S.C. § 1399(c)(5)(A) or (B)

　　3.　That the rest of defendants' counterclaim

1

1  is **DISMISSED** on the merits.
2        4.   That plaintiffs be awarded their costs of suit.
3  Dated:  August 19, 2009
4                            _____
5                                   Bernard Zimmerman
                              United States Magistrate Judge
6
7  G:\BZALL\-BZCASES\RESILIENT FLOOR COVERING PENSION\MSJ\FINAL JUDGMENT.wpd

2