UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESILIENT FLOOR COVERING PENSION FUND, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> M&M INSTALLATION, INC., et al, <br><br> Defendant(s). | No. C08-5561 BZ <br><br> **ORDER DENYING MOTION FOR ATTORNEYS' FEES** |

    Plaintiffs Resilient Floor Covering Pension Fund and Board of Trustees of the Resilient Floor Covering Pension Fund seek attorneys' fees pursuant to Federal Rule of Civil Procedure 54(d), 29 U.S.C. § 1451(c), and Local Rule 54-6. Plaintiff's motion is **DENIED** for failure to comply with Local Rule 54-6.

Dated: September 3, 2009

                                      Bernard Zimmerman
                                   United States Magistrate Judge

G:\BZALL\-BZCASES\RESILIENT FLOOR COVERING PENSION\ORDER ON MOT FOR ATTYS FEES.wpd

1