UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 13 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RESILIENT FLOOR COVERING PENSION FUND and BOARD OF TRUSTEES OF THE RESILIENT FLOOR COVERING PENSION PLAN,<br><br>        Plaintiffs-counter-defendants - Appellees,<br><br>  v.<br><br>M&M INSTALLATION, INC., a California corporation,<br><br>        Defendant - Appellant,<br><br>SIMAS FLOOR CO., INC., a California corporation,<br><br>        Defendant-counter-claimant - Appellant. | No. 09-17047<br><br>D.C. No. 3:08-cv-05561-BZ<br>U.S. District Court for Northern California, San Francisco<br><br>**MANDATE** |
| RESILIENT FLOOR COVERING PENSION FUND and BOARD OF TRUSTEES OF THE RESILIENT FLOOR COVERING PENSION PLAN,<br><br>        Plaintiffs-counter-defendants - Appellants, | No. 09-17064<br><br>D.C. No. 3:08-cv-05561-BZ<br>U.S. District Court for Northern California, San Francisco |

v.

M&M INSTALLATION, INC., a California corporation,

        Defendant - Appellee,

SIMAS FLOOR CO., INC., a California corporation,

        Defendant-counter-claimant - Appellee.

The judgment of this Court, entered December 22, 2010, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court
/s/
Theresa Benitez
Deputy Clerk