STEPHEN THOMAS DAVENPORT, JR. #88208
JEFFREY G. McCLURE #152974
DAVENPORT GERSTNER & McCLURE
2540 Camino Diablo, Suite 200
Walnut Creek, California 94597
Telephone: (925) 279-3430  Fax: (925) 932-1961

Attorneys for Defendants and Defendant/Counter-Claimant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Resilient Floor Covering Pension Fund, et. al., <br><br> Plaintiffs, <br><br> vs. <br><br> M&M Installation, Inc., et. al., <br><br> Defendants. <br><br> and related Counter-Claim | No. C-08-5561 BZ (EMC) <br><br> STIPULATION IN SUPPORT OF ADMINISTRATIVE MOTION FOR INCREASED PAGE LIMIT FOR DEFENDANTS' AND COUNTER-CLAIMANT'S REPLY BRIEF ON CROSS-MOTIONS FOR SUMMARY JUDGMENT; <br><br> ORDER THEREON (proposed) <br><br> (Local Rule 7-11) |

Defendants M&M Installation, Inc., Mark Simas, Ken Simas, Jack Simas, Dave Simas, Craig Simas and Michele Simas Carli and Defendant/Counter-Claimant Simas Floor Company, Inc. (collectively, "Defendants") and Plaintiffs Resilient Floor Covering Pension Fund and Board of Trustees of the Resilient Floor Covering Pension Fund ("Plaintiffs"), by and through their respective attorneys of record, hereby stipulate and agree as follows:

The parties jointly request that the Court increase the page limit for Defendants' Reply Brief on the parties' Cross-Motion for Summary Judgment to 20 pages. This request for increased page limits is made due to the complexity and novelty of the issues addressed by the parties' Cross-Motions and in Defendants' Reply Brief.

1

STIP. re ADMINISTRATIVE MOTION FOR INCREASED PAGE LIMIT FOR D's REPLY BRIEF
ORDER THEREON (proposed)

Dated: January 20, 2012.

DAVENPORT GERSTNER & McCLURE

_____
STEPHEN THOMAS DAVENPORT, JR.
Attorneys for Defendants M&M Installation, Inc., Mark Simas, Ken Simas, Jack Simas, Dave Simas, Craig Simas and Michele Simas Carli, and and Defendant/Counter-Claimant Simas Floor Company, Inc.

Dated: January 20, 2012.

KRAW & KRAW

_____
KATHERINE McDONOUGH
Attorneys for Plaintiffs Resilient Floor Covering Pension Fund and Board of Trustees of the Resilient Floor Covering Pension Fund

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

GOOD CAUSE appearing, the Court grants Defendants' and Counter-Claimant's Administrative Motion as follows:

1. The page limits for Defendants' and Counter-Claimant's Reply Brief on the parties' Cross-Motions for Summary Judgment shall be increased to 20 pages.

IT IS SO ORDERED.

Dated: January 23, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

2
STIP. re ADMINISTRATIVE MOTION FOR INCREASED PAGE LIMIT FOR D's REPLY BRIEF
ORDER THEREON (proposed)