UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESILIENT FLOOR COVERING PENSION FUND, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> M&M INSTALLATION, INC., et al, <br><br> Defendant(s). | No. C08-5561 BZ <br><br> **FINAL JUDGMENT AFTER REMAND** |

The Court having entered an Order On Cross-Motions For Summary Judgment on January 29, 2012, **IT IS ORDERED** and **ADJUDGED**:

    1. That for the purpose of collecting withdrawal liability assessed against defendant M & M Installation, Inc. ("M & M"), defendant Simas Floor Co., Inc. ("Simas Floor") and M & M are alter egos, and Simas Floor is responsible for continuing to make the remaining withdrawal liability payments assessed against M & M.

    2. That Plaintiffs' remaining claims for liability under 29 U.S.C. § 1392(c), and for veil piercing and successor

liability are **DISMISSED** on the merits.

    3. That Simas Floor and M & M are not under common control under 29 U.S.C. § 1301(b)(1).

    4. That Plaintiffs are awarded their costs of suit.

Dated: February 29, 2012

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\RESILIENT FLOOR COVERING PENSION\MSJ\FINAL JUDGMENT AFTER REMAND.wpd