1 
2  Katherine McDonough (California Bar No. 241426)
   Kraw and Kraw
3  605 Ellis Street, Suite 200
   Mountain View, California 94043
4  Telephone: 650-314-7800
   Facsimile: 650-314-7899
5  kmcdonough@kraw.com

6  Counsel for Plaintiffs:
7  Resilient Floor Covering Pension Fund
   Board of Trustees, Resilient Floor Covering Pension Fund
8
                    IN THE UNITED STATES DISTRICT COURT
9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
                           SAN FRANCISCO DIVISION
10
11 RESILIENT FLOOR COVERING PENSION )
   FUND, et al.                    )
12                                  )
                Plaintiffs,         )   [PROPOSED] ORDER GRANTING
13                                  )   PLAINTIFFS' MOTION FOR
           vs.                      )   EXTENSION OF TIME TO MOVE FOR
14 M & M INSTALLATION, INC., et al. )   AN AWARD OF ATTORNEY's FEES and
                                    )   NON-TAXABLE COSTS
15              Defendants          )
                                    )
16 SIMAS FLOOR CO., Inc., a California )
17 Corporation,                     )   CV-08-05561-BZ
                                    )
18              Counter-Claimant,   )
                                    )
19         vs.                      )
20 RESILIENT FLOOR COVERING PENSION )
                                    )
21 FUND, et al.,                    )
                                    )
22              Counter-Defendants  )
                                    )
23
24
25 Good cause appearing, the Plaintiffs' Motion for an Extension of Time to Move for an

26 Award of Attorney's Fees and Non-Taxable Costs is **GRANTED**. The Plaintiffs shall file
27
28

**[Proposed] Order**
Case No.: CV-08-05561-BZ                    1

their motion for an award of attorney's fees and costs on or before March 30, 2012.

IT IS SO ORDERED.

Dated: **March 8, 2012**

                     UNITED STATES MAGISTRATE JUDGE

[Proposed] Order
Case No.: CV-08-05561-BZ