Katherine McDonough (California Bar No. 241426)
Kraw and Kraw Law Group
605 Ellis Street, Suite 200
Mountain View, CA 94043
kmcdonough@kraw.com
650-314-7829 (telephone)
650-314-7899 (Facsimile)

Counsel for Plaintiffs:
Resilient Floor Covering Pension Fund
Board of Trustees, Resilient Floor Covering Pension Fund

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RESILIENT FLOOR COVERING PENSION FUND, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>M & M INSTALLATION, INC., et al.<br><br>Defendants | C08-05561 BZ<br><br>**STIPULATION and [PROPOSED] ORDER TO CONTINUE THE HEARING ON THE DEFENDANTS' MOTION TO CORRECT JUDGMENT and MOTION FOR ATTORNEYS FEES TO MAY 16, 2012 at 10:00 a.m.** |
| and Related Counter-Claim | |

Pursuant to Local Rules 7-7 and 7-12, the Defendants and Plaintiffs hereby stipulate and agree to continue the hearing on the Defendants' Motion to Correct the Judgment and Motion for Attorney's Fees from May 2, 2012 to May 16, 2012 at 10:00 a.m. This continuance will allow the Defendants' Motions to be heard on the same date and time as the Plaintiffs' Motion for Attorney's Fees and Non-Taxable Costs.

1

Stipulation and [Proposed] Order
Case No. C08-05561 BZ

1 | **IT IS SO STIPULATED.**

2 | Dated: April 1, 2012                    KRAW & KRAW LAW GROUP

4 |                                          /s/ Katherine McDonough
5 |                                          Katherine McDonough
  |                                          *Attorneys for Plaintiffs*

7 | Dated: April 1, 2012                    DAVENPORT GERSTNER & McCLURE

9 |                                          /s/ Stephen Thomas Davenport Jr.
  |                                          Stephen Thomas Davenport, Jr.
10|                                          *Attorneys for Defendants*

13 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

                                             _____
                                             UNITED STATES MAGISTRATE JUDGE

2

Stipulation and [Proposed] Order
Case No. C08-05561 BZ