Katherine McDonough (California Bar No. 241426)
Kraw and Kraw Law Group
605 Ellis Street, Suite 200
Mountain View, CA 94043
kmcdonough@kraw.com
650-314-7829 (telephone)
650-314-7899 (Facsimile)

Counsel for Plaintiffs:
Resilient Floor Covering Pension Fund
Board of Trustees, Resilient Floor Covering Pension Fund

FILED

NOV 28 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

RESILIENT FLOOR COVERING PENSION FUND, et al.

    Plaintiffs,

vs.

M & M INSTALLATION, INC., et al.
    Defendants.

SIMAS FLOOR CO., Inc., a California Corporation,

    Counter-Claimant,

vs.

RESILIENT FLOOR COVERING PENSION FUND, et al.,

    Counter-Defendants.

C08-05561 BZ

**STIPULATED JUDGMENT**

Case No. C08-05561 BZ
Stipulated Judgment

1

1  Plaintiffs Resilient Floor Covering Pension Fund and the Board of Trustees of the
2  Resilient Floor Covering Pension Fund, and Defendant and Counter-Claimant Simas Floor
3  Company, Inc. ("Simas Floor") and Defendants M&M Installation, Inc. ("M&M"), Mark K.
4  Simas, Kenneth Simas, Jack Simas, David G. Simas, Craig Simas, and Michele Simas Carli, by
5  and through their respective attorneys of record herein, stipulate and agree as follows:

6  1.  The parties have entered into a Settlement Agreement and Mutual Release of All
7  Claims ("Settlement Agreement"), a true and correct copy of which is attached as Exhibit A to
8  the Declaration of Katherine McDonough.

9  2.  The parties stipulate to the entry of judgment in favor of Plaintiffs and against
10  Defendant Simas Floor, as follows:

11  a.  Plaintiff Resilient Floor Covering Pension Fund will retain all withdrawal
12  liability payments made as of May 31, 2012 by Defendants M&M and/or Simas Floor
13  (including those payments made under protest), all of which shall be and are credited as
14  payments of Defendant M&M's withdrawal liability.

15  b.  In accordance with Paragraphs 2(a) through (e) of the parties' Settlement
16  Agreement, Defendant Simas Floor shall pay the Reduced Withdrawal Liability of
17  $1,260,597.00 to Plaintiff Pension Fund in fifty (50) equal quarterly installments of
18  principal and interest in the amount of $37,500.00, beginning in June, 2012 and
19  continuing each September, December, March and June thereafter until the final
20  installment payment in September, 2024, or until the Reduced Withdrawal Liability is
21  paid in accordance with subparagraph 2(c) of the Settlement Agreement, whichever is
22  earlier.

23  c.  Except as stated above, all claims alleged in the 2nd Amended Complaint
24  and in the Counterclaim on file herein shall be dismissed, with prejudice.

25  d.  Each party shall bear its own costs and attorneys fees, if any, incurred
26  herein or in any appeals.

27  e.  This Court shall retain jurisdiction to enforce this Stipulated Judgment in
28  accordance with the terms of the parties' Settlement Agreement.

Dated: Nov. 27, 2012.　　　KRAW & KRAW LAW GROUP

　　　　　　　　　　　　　　　/s/Katherine McDonough
　　　　　　　　　　　　　　Katherine McDonough

　　　　　　　　　　　　　　Attorneys for Resilient Floor Covering Pension Fund and the Board of Trustees of the Resilient Floor Covering Pension Fund

Dated: October 19, 2012.　　　DAVENPORT GERSTNER & McCLURE

　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　Stephen Thomas Davenport, Jr.

　　　　　　　　　　　　　　Attorneys for Defendant and Counter-Claimant Simas Floor Company, Inc. and Defendants M&M Installation, Inc., Mark K. Simas, Kenneth Simas, Jack Simas, David G. Simas, Craig Simas, and Michele Simas Carli

*************************************************************

## ORDER AND JUDGMENT

Pursuant to the foregoing Stipulation of the parties and the Settlement Agreement and Mutual Release of All Claims ("Settlement Agreement") which is attached as Exhibit A to the Declaration of Katherine McDonough,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is awarded in favor of Plaintiffs Resilient Floor Covering Pension Fund and the Board of Trustees of the Resilient Floor Covering Pension Fund, and against Defendant and Counter-Claimant Simas Floor Company, Inc., as follows:

1.　　Plaintiff Resilient Floor Covering Pension Fund will retain all withdrawal liability payments made as of May 31, 2012 by Defendant M&M Installation, Inc. and/or Defendant and Counter-Claimant Simas Floor Company, Inc. (including those payments made under protest), all of which shall be and are credited as payments of M&M's Withdrawal Liability.

Case No. C08-05561 BZ
Stipulated Judgment　　　　　　　3

2. In accordance with Paragraphs 2(a) through (e) of the parties' Settlement Agreement, Defendant and Counter-Claimant Simas Floor Company, Inc. shall pay the Reduced Withdrawal Liability of $1,260,597.00 to Plaintiff Resilient Floor Covering Pension Fund in fifty (50) equal quarterly installments of principal and interest in the amount of $37,500.00, beginning in June, 2012 and continuing each September, December, March and June thereafter until the final installment payment in September, 2024, or until the Reduced Withdrawal Liability is paid in accordance with subparagraph 2(c) of the parties' Settlement Agreement, whichever is earlier.

3. Except as stated above, all claims alleged in the 2nd Amended Complaint and the Counterclaim on file herein are dismissed, with prejudice.

4. Each party shall bear its own costs and attorneys fees, if any, incurred herein or in any appeals.

5. This Court retains jurisdiction to enforce this Stipulated Judgment in accordance with the terms of the parties' Settlement Agreement.

IT IS SO ORDERED.

Dated: 28 Nov '12

Hon. Bernard Zimmerman
UNITED STATES MAGISTRATE JUDGE

Case No. C08-05561 BZ
Stipulated Judgment

4